■ ANDREA L. SMITH, Appellant, v LAWRENCE D. SMITH, Respondent. (Appeal No. 2.) [678 NYS2d 756] —Order insofar as appealed from unanimously reversed on the law with costs and motion granted. Same Memorandum as in *Smith v Smith* (254 AD2d 788 [decided herewith]). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Amend Pleading.) Present—Pine, J. P., Lawton, Pigott, Jr., Callahan and Boehm, JJ.